E-FILED
Wednesday, 20 August, 2008  04:07:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael Mann and Lorene Mann,  )<br>  Plaintiffs  )<br>  )<br>  v.  )<br>  )<br>Todd Till and Rachel Till, d/b/a Till's  )<br>Storage,  )<br>  Defendants  ) | Case No. 08-4018 |

**ORDER**

Now before the Court is the Plaintiff's motion to strike the Defendants' affirmative defenses. I find that the defenses have been adequately plead to give "fair notice" of the nature of the affirmative defenses and that when considering all of the pleadings that have been filed in this case, the affirmative defenses rise above the speculative level. They therefore meet the notice pleading standards articulated most recently in <u>Bell Atlantic Corp. v. Twombly</u>, -- U.S. --, 127 S.Ct. 1955, 1964 -1965 (2007).

The motion to strike is accordingly denied. Because the viability of the affirmative defenses depends wholly upon facts that are in dispute, the matters raised in this motion may be re-raised at summary judgment stage if there is a good faith basis for doing so.

ENTERED ON  August 20, 2008

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE